# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2018

Stephen J. Markman,
Chief Justice

157446(70)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

ADLER STILMAN, PLLC,
      Plaintiff-Appellant,

v

SC: 157446
COA: 333538
Wayne CC: 16-003850-NZ

OAKWOOD HEALTHCARE, INC., and
CITIZENS INSURANCE COMPANY
OF AMERICA,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before May 29, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2018



Clerk